IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LEYVA-MARTINEZ,<br><br>    Defendant. | 8:21CR232<br><br>ORDER |

  **THIS MATTER** is before the court on the motions of Marcus A. Sladek and Stuart J. Dornan to withdraw as counsel for the defendant, Jose Leyva-Martinez (Filing No. 68 and 69). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Jose Leyva-Martinez. Therefore, Marcus A. Sladek and Stuart J. Dornan's motions to withdraw (Filing No. 68 and 69) will be granted.

  Marcus A. Sladek and Stuart J. Dornan shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Marcus A. Sladek and Stuart J. Dornan which are material to Jose Leyva-Martinez's defense.

  The clerk shall provide a copy of this order to Chinedu Igbokwe.

  **IT IS SO ORDERED.**

  Dated this 13th day of April, 2022.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge