IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LEYVA-MARTINEZ,<br><br>    Defendant. | 8:21CR232<br><br>**ORDER** |

This matter is before the Court on defendant Jose Leyva-Martinez's ("Leyva-Martinez") Motion for Reconsideration (Filing No. 161). Leyva-Martinez provides some clarifying information about his wife and asks the Court to reconsider its September 13, 2023, Memorandum and Order (Filing No. 146) denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (Filing No. 141).

The Court has carefully reviewed Leyva-Martinez's motion to reconsider and finds no compelling basis to reconsider its prior decision at this time. His motion (Filing No. 161) is therefore denied.

IT IS SO ORDERED.

Dated this 18th day of March 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge